# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dustine T. Bukay<br>　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　Movant<br>vs.<br><br>Dustine T. Bukay　　Debtor<br><br>Kevin G. Bukay　　Co-Debtor<br><br>and William C. Miller Esq.　　Trustee | Chapter 13<br><br>NO. 16-10164 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 14th day of May, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 27, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 606 Kline Avenue Pottstown, PA 19465.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Dustine T. Bukay
606 Kline Avenue
Pottstown, PA 19465

Kevin G. Bukay
606 Kline Avenue
Pottstown, PA 19465

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532