United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10164-mdc
Dustine T. Bukay                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 1              Date Rcvd: May 15, 2019
                              Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Dustine T. Bukay,    606 Kline Avenue,    Pottstown, PA 19465-6959
13658289       +Kevin Bukay,    606 Kline Avenue,    Pottstown, PA 19465-6959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              DAVID    NEEREN     on behalf of Creditor    PNC Bank, N.A. dneeren@udren.com,  vbarber@udren.com
              DAVID    NEEREN     on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
               gwphilips@ydasp.com,   philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Water Authority gwphilips@ydasp.com,
               philipslaw@comcast.net
              JOSEPH L QUINN    on behalf of Debtor Dustine T. Bukay CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of     Diamond Credit Union CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dustine T. Bukay <br>                 Debtor <br><br> PNC BANK NATIONAL ASSOCIATION <br>                 Movant <br>    vs. <br><br> Dustine T. Bukay     Debtor <br><br> Kevin G. Bukay     Co-Debtor <br><br> and William C. Miller Esq.    Trustee | Chapter 13 <br><br> NO. 16-10164 MDC <br><br> 11 U.S.C. Sections 362 and 1301 |

**ORDER**

      AND NOW, this  14th  day of  May , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 27, 2017 it is ORDERED AND DECREED that:

      The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 606 Kline Avenue Pottstown, PA 19465.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge.

cc: See attached service list

Dustine T. Bukay
606 Kline Avenue
Pottstown, PA 19465

Kevin G. Bukay
606 Kline Avenue
Pottstown, PA 19465

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532