United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10164-mdc
Dustine T. Bukay                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 30, 2019
                         Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db             +Dustine T. Bukay,    606 Kline Avenue,    Pottstown, PA 19465-6959
cr              North Coventry Municipal Authority,    Yergey Daylor Allebach Scheffey Picardi,
                 1129 High Street,    P.O. Box 776,    Pottstown, PA 19464-0776
cr              North Coventry Water Authority,    1129 E. High Street,    PO Box 776,
                 Pottstown,, PA  19464-0776
13658284       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
13658291      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     Pob 8099,    Newark, DE 19714)
13658287       +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
13658289       +Kevin Bukay,    606 Kline Avenue,    Pottstown, PA 19465-6959
13741990      #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13658292       +National City Real Estate Services, LLC,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13658293       +North Coventry Municipal Authority,    c/o Gregory W. Phillips, Esquire,
                 1129 E. High Street,    POB  776,    Pottstown, PA 19464-0776
13658294       +North Coventry Water Authority,    c/o Gregory W. Phillips Esquire,
                 1129 E. High Street POB 776,    Pottstown, PA 19464-0776
13658295       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13736325       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14237783       +PNC Bank, National Association,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 31 2019 02:57:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2019 02:57:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13658285       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:04:36      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13658286       +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 03:03:04      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13658288        E-mail/Text: fnb.bk@fnfg.com May 31 2019 02:57:45      First Niagara Bank,
                 6950 South Transit Road,    PO Box 514,    Lockport, NY 14095
13736036        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of LC Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13728594        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13658290       +E-mail/Text: bk@lendingclub.com May 31 2019 02:58:09      Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2985
13658296        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:03:45
                 Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541
13670171       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13707568        E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 02:57:10
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13658297       +E-mail/Text: Supportservices@receivablesperformance.com May 31 2019 02:58:13
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
13658298       +E-mail/Text: bnc-bluestem@quantum3group.com May 31 2019 02:58:11      Webbank/gettington,
                 6509 Flying Cloud Dr,    Eden Prairie, MN 55344-3307
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
NONE*          +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14237784*      +PNC Bank, National Association,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: May 30, 2019
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              DAVID   NEEREN     on behalf of Creditor    PNC Bank, N.A. dneeren@udren.com,  vbarber@udren.com
              DAVID   NEEREN     on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
               gwphilips@ydasp.com,  philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Water Authority gwphilips@ydasp.com,
               philipslaw@comcast.net
              JOSEPH L QUINN    on behalf of    Diamond Credit Union CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Dustine T. Bukay CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,  brausch@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DUSTINE T. BUKAY                    Chapter 13

                Debtor          Bankruptcy No. 16-10164-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of _____May_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
DUSTINE T. BUKAY

606 KLINE AVENUE

POTTSTOWN, PA 19465-